7:24 AM
07/30/24
Cash Basis

# Palos Behavioral Health Professionals
## Profit & Loss
### January through June 2024

|  | Jan - Jun 24 |  |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Fees** | | |
| Patient Fees | 2,675,104.40 | |
| Fees - Other | 127.28 | |
| **Total Fees** | 2,675,231.68 | |
| Returned Check | 7,000.00 | |
| Insurance Payment | -3,500.00 | |
| **Total Income** | 2,678,731.68 | |
| **Cost of Goods Sold** | | |
| Mira Medical | 339,086.76 | |
| Therapists - Employee | ~~381,680.47~~ | 974,551.14 |
| Nutritionist | 1,687.50 | |
| Therapists - 1099 | ~~75,709.75~~ | 198,264.25 |
| **Total COGS** | ~~798,164.48~~ | 1,513,589.65 |
| **Gross Profit** | ~~1,880,567.20~~ | 1,165,142.03 |
| **Expense** | | |
| College Drive Loan | 31,533.90 | |
| Testing Equipment | 3,000.00 | |
| Phone & Internet | 18,080.07 | |
| Employee Benifts | 170,115.29 | |
| Administartive Staff | ~~118,292.89~~ | 175,112.12 |
| IT Support | 24,057.99 | |
| Insurance - Work Comp | 670.64 | |
| Interest | 17,235.23 | |
| Water | 789.28 | |
| Internet Service | 145.64 | |
| Gas and Electric | 8,101.98 | |
| Building Repairs | 1,000.00 | |
| Accounting | 9,061.26 | |
| Reimbursement | 2,430.00 | |
| Professional Organization Dues | 0.00 | |
| Cleaning | 3,690.00 | |
| Internet | 5,645.73 | |
| Billing expense | 35,723.81 | |
| Testing | 1,539.18 | |
| Hospital Investment | 1,504.81 | |
| Marketing | 1,380.00 | |
| Bank Fees | 923.85 | |

7:24 AM
07/30/24
Cash Basis

## Palos Behavioral Health Professionals
## Profit & Loss
### January through June 2024

|  | Jan - Jun 24 |  |
|---|---:|---:|
| **Payroll Processing Expense** | | |
|    Payroll expense--2nd Qtr 941 | 959.88 | |
|    Payroll Processing Expense - Other | 2,535.26 | |
| **Total Payroll Processing Expense** | 3,495.14 | |
| loan payment | 11,552.48 | |
| Reconciliation Discrepancies | 1.72 | |
| Credit Card Fees | 22,131.66 | |
| **Business Expense** | | |
|    Testing Materials | 4,063.25 | |
| **Total Business Expense** | 4,063.25 | |
| Charitable Contributions | 151.63 | |
| **Chris Draw & Sara Salary** | | |
|    Distributions - Owner | 6,410.97 | |
| **Total Chris Draw & Sara Salary** | 6,410.97 | |
| Dues and Subscriptions | 2,048.01 | |
| Equipment Rental | 2,504.81 | |
| Insurance | 33,822.17 | |
| Miscellaneous | -40,785.40 | |
| **Office Expense** | | |
|    Water | 112.89 | |
|    Office Expense - Other | 1,890.56 | |
| **Total Office Expense** | 2,003.45 | |
| Office Supplies | 350.80 | |
| **Payroll Office Expense** | | |
|    Owner | 48,729.00 | |
| **Total Payroll Office Expense** | 48,729.00 | |
| Payroll Tax | ~~187,943.25~~ | 346,178.10 |
| Printing and Reproduction | 387.51 | |
| Professional Development | 30,323.41 | |
| **Professional Fees** | | |
|    Consulting | 11,950.00 | |
|    Professional Fees - Other | 20,400.00 | |
| **Total Professional Fees** | 32,350.00 | |
| Rent | 17,940.32 | |

Page 2

7:24 AM
07/30/24
Cash Basis

# Palos Behavioral Health Professionals
## Profit & Loss
### January through June 2024

|  | Jan - Jun 24 |  |
|---|---:|---:|
| **Travel & Ent** |  |  |
| Meals | 123.29 |  |
| **Total Travel & Ent** | 123.29 |  |
| **Utilities** | 1,897.48 |  |
| **Total Expense** | ~~822,366.50~~ | 1,037,420.58 |
| **Net Ordinary Income** | ~~1,058,200.70~~ | 127,721.45 |
| **Other Income/Expense** |  |  |
| **Other Expense** |  |  |
| Patient Refund | 285.50 |  |
| **Total Other Expense** | 285.50 |  |
| **Net Other Income** | -285.50 |  |
| **Net Income** | ~~1,057,915.20~~ | 127,435.95 |

These numbers in red represent the accurate payroll numbers, for some reason the QB report wasn't capturing all the payroll from the first quarter. I went through all the paylocity reports and compared them to the QB account and these numbers needed to be adjusted. Also, the $127,435.95 doesn't include unpaid rent to College Drive of approximately $70,000 so the true net income is closer to $57,435.95.

2:05 PM
08/26/24
Cash Basis

# Palos Behavioral Health Professionals
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Amer Comm Bank & Trust | 11,592.56 |
| Checking First Midwest | -1,244.36 |
| Cash | 5,800.00 |
| **Total Checking/Savings** | 16,148.20 |
| **Accounts Receivable** | |
| Allowance for Doubtful Accounts | -213,271.80 |
| Accounts Receivable | -965,243.32 |
| **Total Accounts Receivable** | -1,178,515.12 |
| **Total Current Assets** | -1,162,366.92 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | |
| Accumulated Depreciation | -342,824.89 |
| **Total Accumulated Depreciation** | -342,824.89 |
| Computer | 116,153.28 |
| Leasehold Improvements | 37,072.69 |
| Office Furn & Equip | 103,922.87 |
| TMS Equipment | 67,550.00 |
| Automobile | 54,375.00 |
| **Total Fixed Assets** | 36,248.95 |
| **Other Assets** | |
| Accts Rec. - Mira Hospital | 446,888.47 |
| Loan to Mira Hospital | 599,485.31 |
| Accum Amort ROU Asset | -503,919.76 |
| ROU Lease Asset | 1,123,613.00 |
| loan to higford | 133,666.06 |
| **Total Other Assets** | 1,799,733.08 |
| **TOTAL ASSETS** | **673,615.11** |

Page 1

2:05 PM
08/26/24
Cash Basis

# Palos Behavioral Health Professionals
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
|   Therapist - 1099 | -1,693,949.09 |
|   Furniture | 604.40 |
|   Therapists--ap | 1,300.00 |
|   Accounts Payable | 85,856.58 |
| **Total Accounts Payable** | -1,606,188.11 |
| **Credit Cards** | |
|   Refund | -2,180.49 |
| **Total Credit Cards** | -2,180.49 |
| **Other Current Liabilities** | |
|   190th St Real Estate | -8,476.10 |
|   127th St Loan | 63,273.92 |
|   Op Lease Liab - Current | 311,928.33 |
|   Accrued Vacation/PTO | 44,675.28 |
|   KKITONI LLC | 120,000.00 |
|   Shareholder Loan | -65,500.00 |
|   Accrued Payroll | 212,376.41 |
|   Line of Credit | -176,382.70 |
|   Bank Loan | -3,248.45 |
|   Loan From Officer | 27,100.00 |
|   Payroll Liabilities | -1,682.87 |
|   Due 401k | -47,862.17 |
| **Total Other Current Liabilities** | 476,201.65 |
| **Total Current Liabilities** | -1,132,166.95 |
| **Long Term Liabilities** | |
|   Officer Loan | 70,000.00 |
|   Op Lease Liab - LT | 359,669.82 |
|   Term Loan | -4,514.43 |
| **Total Long Term Liabilities** | 425,155.39 |
| **Total Liabilities** | -707,011.56 |
| **Equity** | |
|   Capital Stock | 1,000.00 |
|   Retained Earnings | 328,273.41 |
|   Chris Draw | -3,086.00 |

Page 2

2:05 PM
08/26/24
Cash Basis

# Palos Behavioral Health Professionals
## Balance Sheet
### As of June 30, 2024

|  | Jun 30, 24 |
|---|---:|
| Net Income | 1,054,439.26 |
| Total Equity | 1,380,626.67 |
| **TOTAL LIABILITIES & EQUITY** | 673,615.11 |