**Fill in this information to identify the case:**

Debtor name ___Miracare Neuro Behavioral Health, P.C.___

United States Bankruptcy Court for the: ___Northern District of Illinois___

Case number (If known): ___24-13266___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. American Commercial Bank & Trust | Checking | 4  0  9  2 | $ 12,000.00 |
| 3.2. Old National Bank | Checking | 5  0  0  0 | $ 1,500.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 13,500.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor    Miracare Neuro Behavioral Health, P.C.
_____
Name

Case number (if known) 24-13266

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  270,000.00 _____ – 50,000.00 _____ = ....... ➔   $ 220,000.00
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:  203,883.00 _____ – 198,883.00 _____ = ....... ➔   $ 5,000.00
                        face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 225,000.00

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                  % of ownership:

15.1. _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

Debtor    Miracare Neuro Behavioral Health, P.C.                                    24-13266
          Name                                                     Case number (if known)

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| Testing Forms | _____ MM / DD / YYYY | $_____ | _____ | $ 1,000.00 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                    $ 1,000.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____    Case number (if known) 24-13266
Miracare Neuro Behavioral Health, P.C.
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                        $ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** See continuation sheet | $ 0.00 | _____ | $ 1,750.00 |
| **40. Office fixtures** | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 2,000.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                        $ 3,750.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____     Case number _(if known)_ 24-13266
        Miracare Neuro Behavioral Health, P.C.
        Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Miracare Neuro Behavioral Health, P.C. _____   24-13266 _____
         Name                                                     Case number (if known)

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | 0.00<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   0.00
   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>miracaregroup.com | $_____ | _____ | 0.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   0.00
   $_____

---

Debtor      Miracare Neuro Behavioral Health, P.C.
      Name

Case number *(if known)* 24-13266

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   $_____
                                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim       _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim       _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 13,500.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 225,000.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 1,000.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 3,750.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 243,250.00 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................. | 243,250.00 | $ 243,250.00 |

Miracare Neuro Behavioral Health, P.C.                                        24-13266

Debtor 1 _____   Case number *(if known)*_____
First Name      Middle Name      Last Name

## **Continuation Sheet for Official Form 206 A/B**

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 8 Love Seats, 5 Chairs, 2 Desks (Less than 7 Years Old) | | | 1,650.00 |
| 18 Love Seats, 75 Chairs, 23 Desks (Over 10 Years Old) | | | 0.00 |
| 2 Love Seats, 2 Chairs, 1 Desk (Over 7 Years Old) | | | 100.00 |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Misc. Office Equipment (White Boards, Lamps, etc.) | | | 500.00 |
| Computers, TVs, and Phones (4 Years Old or Older) | | | 1,500.00 |

Official Form 206 A/B                     Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name _____Miracare Neuro Behavioral Health, P.C._____

United States Bankruptcy Court for the: _____Northern District of Illinois_____

Case number (If known): _____24-13266_____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| First National Bank of Ottawa | All Assets of Debtor | $ 492,000.00 | $ Undetermined |

**Creditor's mailing address**

701 LaSalle St.

Ottawa, IL 61350

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number _____0915_____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor,

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $_____ | $_____ |

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 492,000.00

| Debtor | Miracare Neuro Behavioral Health, P.C. | Case number (if known) | 24-13266 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Miracare Neuro Behavioral Health, P.C.

United States Bankruptcy Court for the:   Northern District of Illinois

Case number   24-13266
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Caravus
168 N. Meramec Ave.
Suite 300
Saint Louis, MO 63105

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: $ 2,500.00
Priority amount: $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 5 )

**2.2** Priority creditor's name and mailing address
Vanguard
P.O. Box 982902
El Paso, TX 79998-2902

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: $ 2,205.00
Priority amount: $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 5 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ _____
Priority amount: $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

Debtor   Miracare Neuro Behavioral Health, P.C.

Name

Case number (if known) 24-13266

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Amur Equipment
304 W. 3rd St.
Grand Island, NE 68801

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

$ 3,755.02

Date or dates debt was incurred    12/08/2021

Last 4 digits of account number    4486

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**

**Nonpriority creditor's name and mailing address**
Andromeda Technology Solutions
16624 W. 159th St.
Suite 600
Lockport, IL 60441

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Outpatient Practice Service Provider

$ 43,190.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**

**Nonpriority creditor's name and mailing address**
Balboa Capital Corporation
c/o Michelle A. Chiongson
575 Anton Blvd., Suite 1080
Costa Mesa, CA 92626

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease Default

$ 68,017.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**

**Nonpriority creditor's name and mailing address**
Blue Bridge Financial
11921 Freedom Dr.
Suite 1130
Reston, VA 20190

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

$ 66,228.94

Date or dates debt was incurred    02/09/2022

Last 4 digits of account number    1693

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**

**Nonpriority creditor's name and mailing address**
Channel Partners Capital, LLC
10900 Wayzata Blvd.
Suite 300
Hopkins, MN 55305

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

$ 58,148.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**

**Nonpriority creditor's name and mailing address**
Cogent Communications
P.O. Box 791087

Baltimore, MD 21279

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Outpatient Practice Service Provider

$ 14,461.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Miracare Neuro-Behavioral Health, P.C.

Name

Case number (if known)   24-13266

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7 Nonpriority creditor's name and mailing address**

ERC Specialists
560 Timpanogos Cir.
Orem, UT 84097

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,716.00

---

**3.8 Nonpriority creditor's name and mailing address**

Insync/Qualifacts Systems
315 Deaderick St.
Suite 2300
Nashville, TN 37238

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Outpatient Practice Service Provider

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,787.21

---

**3.9 Nonpriority creditor's name and mailing address**

Meridian Equipment Finance LLC
367 Eagleview Blvd.
Exton, PA 19341

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7158

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37,591.28

---

**3.10 Nonpriority creditor's name and mailing address**

Navitas Credit Corp.
201 Executive Center Dr.
Suite 100
Columbia, SC 29210

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

**Date or dates debt was incurred** 01/27/2022

**Last 4 digits of account number** 8422

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.11 Nonpriority creditor's name and mailing address**

NewLane Finance Company
123 S. Broad St.
17th Floor
Philadelphia, PA 19169

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4263

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,901.94

---

Debtor  Miracare Neuro Behavioral Health, P.C.  Case number (if known)  24-13266
        Name

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

NMEF Funding (North Mill Equipment Finance)
601 Merritt 7 #5
Norwalk, CT 06851

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

$ 127,649.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4266

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Equipment Lease

$ 58,679.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

PYA, P.C.
Dept. #888255
Knoxville, TN 37995-8255

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Managed Care Assistance

$ 18,275.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9680

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

Robert Juris & Associates Architects, Ltd.
9500 Bormet Drive
Suite 205
Mokena, IL 60448

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Professional Architectural Services

$ 32,730.75

**Date or dates debt was incurred** 08/19/2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

Roche Scholz Roche & Walsh, CPA
9480 Enterprise Dr., #2
Mokena, IL 60448

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Accounting Services

$ 6,250.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Miracare Neuro Behavioral Health, P.C._____    Case number *(if known)* __24-13266__
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **17**   Nonpriority creditor's name and mailing address

SpectrumVoiP
P.O. Box 733619
Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$ 4,654.35**

Basis for the claim:  Telephone / Internet services

Date or dates debt was incurred      _____

Last 4 digits of account number      __5251__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **18**   Nonpriority creditor's name and mailing address

Store Master Funding XXI, LLC
8377 E Hartford Dr.
Suite 100
Scottsdale, AZ 85255

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$ 1,558,282.39**

Basis for the claim:  Real Estate Lease Default

Date or dates debt was incurred      __10/19/2023__

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **19**   Nonpriority creditor's name and mailing address

Thomas H Wehmeier
8340 W. 159th Street
Orland Park, IL 60462

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$ 500,000.00**

Basis for the claim:  Loan

Date or dates debt was incurred      __01/25/2023__

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **20**   Nonpriority creditor's name and mailing address

VWi, Inc.
2211 Fruitville Road
Sarasota, FL 34237

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**$ 95,578.18**

Basis for the claim:  Professional Collections Servicing

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ _____**

Basis for the claim:

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Mindcare Neuro Behavioral Health, P.C.    Case number *(if known)*    24-13266
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Andrew P. Chigounis<br>Saldutti Law Group<br>1700 Market Street, Suite 1005<br>Philadelphia, PA, 19103 | Line 3.9<br>☐ Not listed. Explain: | _____ |
| 4.2. | Debra Devassy Babu<br>Darcy & Devassy PC<br>444 N. Michigan Ave., #3270<br>Chicago, IL, 60611 | Line 3.13<br>☐ Not listed. Explain | _____ |
| 4.3. | Dennis A Dressler<br>Dressler Peters, LLC<br>101 W. Grand Ave., Suite 404<br>Chicago, IL, 60654 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.4. | LEAF Capital Funding LLC<br>2005 Market St.<br>Philadelphia, PA, 19103 | Line 3.11<br>☐ Not listed. Explain | _____ |
| 41. | Mark M. Lyman<br>Lyman Law Firm, LLC<br>227 W. Monroe St., Suite 2650<br>Chicago, IL, 60606 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.5. | Matthew J. Warner<br>Westland & Bennet, P.C.<br>2929 Carlson Drive, Suite 300<br>Hammond, IN, 46323 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 4.6. | Meridian Equipment Finance LLC<br>9 Old Lincoln Highway<br>Malvern, PA, 19355 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.7. | Michael S. Myers<br>Ballard Spahr LLP<br>1 East Washington St., Suite 2300<br>Phoenix, AZ, 85004 | Line 3.18<br>☐ Not listed. Explain | _____ |
| 4.8. | Nathan A. Hall<br>Christensen Hsu Sipes, LLP<br>224 S. Michigan Ave., #1300<br>Chicago, IL, 60604 | Line 3.20<br>☐ Not listed. Explain | _____ |
| 4.9. | North Mill Credit Trust<br>9 Executive Circle<br>Suite 230<br>Irvine, CA, 92614 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.10. | Troy C. Kepler<br>1111 East College Drive<br>Suite 200<br>Marshall, MN, 56258 | Line 3.5<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor   Mindful Kedro Behavioral Health P.C.                    Case number *(if known)*   24-13266
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 4,705.00 |
| 5b. **Total claims from Part 2** | 5b. | + $ | 2,791,897.49 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,796,602.49 |

**Fill in this information to identify the case:**

Debtor name ___Miracare Neuro Behavioral Health, P.C.___

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number (If known): ___24-13266___        Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 11800 S. 75th Ave., Suite 300 Palos Heights, IL 60463 Lessee | College Drive Real Estate 11800 S. 75th Ave. Palos Heights, IL, 60463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 15419 E. 127th St. Lemont, IL 60439 Lessee | 127th Real Estate 15419 E. 127th St. Lemont, IL, 60439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 9990 W. 190th St., Unit C Mokena, IL 60448 | 190th Real Estate 9990 W. 127th St. Mokena, IL, 60448 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Miracare Neuro Behavioral Health, P.C.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Illinois</td></tr>
<tr><td>Case number (If known):</td><td>24-13266</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Christopher J Higgins | 12313 S. 91st Ave. Palos Park, IL 60464 | Thomas H Wehmeier | ☐ D ☑ E/F ☐ G |
| 2.2 | Christopher J Higgins | 12313 S. 91st Ave. Palos Park, IL 60464 | Pawnee Leasing Corporat | ☐ D ☑ E/F ☐ G |
| 2.3 | Christopher J Higgins | 12313 S. 91st Ave. Palos Park, IL 60464 | Meridian Equipment Finan | ☐ D ☑ E/F ☐ G |
| 2.4 | Christopher J Higgins | 12313 S. 91st Ave. Palos Park, IL 60464 | Channel Partners Capital, | ☐ D ☑ E/F ☐ G |
| 2.5 | Christopher J Higgins | 12313 S. 91st Ave. Palos Park, IL 60464 | Balboa Capital Corporatio | ☐ D ☑ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |