# Exhibit A

## Liquidation Analysis

| Source of Funds | Projected Gross Amount | Projected Liquidation Percentage | Projected Liquidation Recovery |
|---|---|---|---|
| American Commercial Bank and Trust | $ 12,000.00 | 100% | $ 12,000.00 |
| Old National Bank | $ 1,500.00 | 100% | $ 1,500.00 |
| Accounts' Receivable | $ 225,000.00 | 95% | $ 213,750.00 |
| Testing Forms | $ 1,000.00 | 50% | @$ 500.00 |
| Office Furniture | $ 1,750.00 | 25% | @$ 437.50 |
| Office Equipment | $ 2,000.00 | 25% | @$ 500.00 |
| **Projected Total Funds** | **$ 182,726.83** | | @$ 228,687.50 |

| Administrative/ Secured Creditors | Amount Due (approx.) |
|---|---|
| Administrative Claims and Expenses | @$ 75,000.00 |
| Class 1 First National Bank of Ottawa/Secured Claim | $ 471,827.45 |
| Class 2A North Mill Credit Trust – Debtor is rejecting its Equipment Financing Agreement | $ 130,053.76 |
| Class 2B Meridian Equipment Finance, LLC – Elected to be treated as an Unsecured Claim | $ 0.00 |
| Class 2C –Blue Bridge Financial, Inc. -Debtor is rejecting its Equipment Financing Agreement | $ 50,000.00 |
| Class 2D – NewLane Finance Company – Debtor is rejecting its Equipment Financing Agreement | $ 14,000.00 |

| | |
|---|---:|
| Class 2E – Amur Equipment – Debtor is rejecting its Equipment Financing Agreement | $ 13,000.00 |
| **Total Administrative/Secured Claims** | **$ 623,827.45** |

| Unsecured Claims | Amount Due |
|---|---:|
| Class 3 ERC Specialists | $ 37,716.02 |
| Class 3 North Mill Credit Trust – Deficiency Claim | $ Unknown |
| Class 3 Meridian Equipment Finance, LLC | $ 46,250.33 |
| Class 3 Blue Bridge Financial, Inc. | $ 16,228.94 |
| Class 3 Channel Partners Capital, LLC | $ 62.958.60 |
| Class 3 Channel Partners Capital, LLC | $ 59,520.74 |
| Class 3 Internal Revenue Service | $ 1,952.56 |
| Class 3 PYA, P.C. | $ 18,275.00 |
| Class 3 Caravus | $ 2,156.66 |
| Class 3 Pawnee Leasing Corporation | $ 71,724.45 |
| Class 3 NewLane Financing Company | $ 23.997.39 |
| Class 3 Robert Juris & Associates Architects, Ltd. | $ 32,730.75 |
| Class 3 Centers for Medicare & Medicaid Service, US DHHS | $ 0.00 |
| Class 3 Amur Equipment | $ 66,218.13 |
| **Total Unsecured Non-Priority Claims** | **$ 439,729.57** |
| **Total Administrative and Class 1, 2 and 3 Claims** | **$ 1,063,557.02** |

## Exhibit C - Classes / Claims

**Miracare Neuro Behavioral Health, P.C. (Case No. 24-13266)**

| Claim No. | Claimant | Claim Amount |
|---|---|---|
| **Class 1 – Secured Claim** | | |
| | First National Bank of Ottawa – Value of the Collateral on the date of filing of the voluntary petition | $ 230,000.00 |
| | TOTAL | $ **230,000.00** |
| **Class 2 – Secured Equipment Financing and Lease Claims** | | |
| 2 | North Mill Credit Trust | $ 130,053.76 |
| 3 | Meridian Equipment Finance, LLC | $ 0.00 |
| 4 | Blue Ridge Financial, Inc. | $ 50,000.00 |
| 10 | NewLane Finance Company | $ 14,000.00 |
| 14 | Amur Equipment | $ 13,000.00 |
| | TOTAL | $ **207,053.75** |
| **Class 3 – General Unsecured Claims** | | |
| 1 | ERC Specialists | $ 37,716.02 |
| 2 | North Mill Credit Trust | $ Unknown |
| 3 | Meridian Equipment Finance, LLC | $ 46,250.33 |
| 4 | Blue Bridge Financial, Inc. | $ 16,228.94 |
| 5 | Channel Partners Capital, LLC | $ 62,958.60 |
| 6 | Channel Partners Capital, LLC | $ 59,520.74 |

| | | | |
|---|---|---|---:|
| 7 | Internal Revenue Service | $ | 1,952.56 |
| 8 | PYA P.C. | $ | 18,275.00 |
| 9 | Caravus | $ | 2,156.66 |
| 10 | Pawnee Leasing Corporation | $ | 71,724.45 |
| 11 | NewLane Finance Company | $ | 23,997.39 |
| 12 | Robert Juris & Associates Architects, Ltd. | $ | 32,730.75 |
| 13 | Centers for Medicare & Medicaid Services, US DHHS | $ | 0.00 |
| 14 | Amur Equipment | $ | 66,218.13 |
| | **TOTAL** | $ | **439,729.57** |