**American Commercial Bank and Trust**
4733 Main Street
Lisle, IL 60532
www.ACBandT.com

The First Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

**Return Service Requested**

**MIRACARE NEURO BEHAVIORAL HEALTH P.C.**
**DBA PALOS BEHAVIORAL HEALTH PROFESSIONAL PRACTICE**
**DAVID R HERZOG C/O MIRACARE NUERO**
**53 W JACKSON BLVD SUITE 1442**
**CHICAGO IL 60604**

| | |
|---|---|
| Page | 1 of 15 |
| Account: | ***4092 |
| Date: | 11/29/2024 |

Privacy Notice - Federal Law requires us to tell you how we collect, share and protect your personal information. Our Privacy Policy has not changed. You may review our policy and practices on your personal information at http://firstottawa.com/privacypolicy.pdf, or we will mail you a copy upon request if you call us at 866-434-0044, option 0.

| ACB&T COMMERCIAL CHECKING | Acct | ***4092 |
|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 11/01/24 | 177,154.21 | |
| Deposits / Misc Credits | 129 | 410,833.48 | |
| Withdrawals / Misc Debits | 62 | 421,801.43 | |
| ** Ending Balance | 11/30/24 | 166,186.26 | ** |
| Service Charge | | .00 | |
| | | | |
| Average Collected Balance | | 86,589 | |
| Enclosures | | 24 | |

### Deposits & Credits

| Date | Amount | Activity Description |
|---|---|---|
| 11/01 | 1,127.77 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/01 | 5,995.34 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24304E64726260*1361236610*CP20241 030E647262600-1649329251\ C24304E64726260 CP20241030E647262600-1 |
| 11/01 | 3,318.22 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24304E64726270*1361236610*CP20241 030E647262700-1649329251\ C24304E64726270 CP20241030E647262700-1 |
| 11/04 | 1,655.63 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/04 | 1,430.00 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/04 | 140.00 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/04 | 13,168.41 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24305E64858300*1361236610*CP20241 031E648583000-1649329251\ |





*The newest ideas in banking from one of the oldest banks in Illinois!*

**American Commercial Bank and Trust**

Case 24-13266  Doc 92-1  Filed 01/08/25  Entered 01/08/25 10:06:39  Desc Bank
Statements  Page 2 of 20

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First National Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

| | | |
|---|---|---|
| Page | | 2 of 15 |
| Account: | | ***4092 |
| Date: | | 11/29/2024 |

## Deposits & Credits

| Date | Amount | Activity Description |
|---|---|---|
| | | C24305E64858300 CP20241031E648583000-1 |
| 11/04 | 6,996.96 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002286*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/04 | 2,490.44 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24305E64858310*1361236610*CP20241 031E648583100-1649329251\ |
| | | C24305E64858310 CP20241031E648583100-1 |
| 11/04 | 175.16 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002287*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/04 | 119.09 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24305E64858320*1361236610*CP20241 031E648583200-1649329251\ |
| | | C24305E64858320 CP20241031E648583200-1 |
| 11/04 | 119.00 | Carelon Behav Z/HCCLAIMPMT TRN*1*0000424998*1541414194\ HIGGINS AND ASSOCIATES |
| 11/04 | 330.00 | REMOTE DEPOSIT |
| 11/05 | 821.56 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/05 | 7,656.41 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24306E65013900*1361236610*CP20241 101E650139000-1649329251\ |
| | | C24306E65013900 CP20241101E650139000-1 |
| 11/05 | 972.76 | AETNA AS01/HCCLAIMPMT TRN*1*824305000246627*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/05 | 290.04 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24306E65013910*1361236610*CP20241 101E650139100-1649329251\ |
| | | C24306E65013910 CP20241101E650139100-1 |
| 11/05 | 82.29 | AETNA A04/HCCLAIMPMT TRN*1*824305000246622*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/05 | 76.81 | AETNA AS01/HCCLAIMPMT TRN*1*882430401074955*1066033492\ 1649329251 Higgins and Associates |
| 11/06 | 5,227.55 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/06 | 13,800.31 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24309E65186070*1361236610*CP20241 104E651860700-1649329251\ |




**American Commercial Bank and Trust**

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First National Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

| | |
|---|---|
| Page | 3 of 15 |
| Account: | ***4092 |
| Date: | 11/29/2024 |

## Deposits & Credits

| Date | Amount | Activity Description |
|---|---|---|
| | | C24309E65186070 CP20241104E651860700-1 |
| 11/06 | 6,532.31 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24309E65186080*1361236610*CP20241 104E651860800-1649329251\ C24309E65186080 CP20241104E651860800-1 |
| 11/06 | 127.28 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24309E65186090*1361236610*CP20241 104E651860900-1649329251\ C24309E65186090 CP20241104E651860900-1 |
| 11/06 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24309E65186100*1361236610*CP20241 104E651861000-1649329251\ C24309E65186100 CP20241104E651861000-1 |
| 11/06 | 15.91 | AETNA A04/HCCLAIMPMT TRN*1*824307000093606*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/07 | 3,836.82 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/07 | 1,447.28 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24310E65326810*1361236610*CP20241 105E653268100-1649329251\ C24310E65326810 CP20241105E653268100-1 |
| 11/08 | 1,344.65 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/08 | 11,199.51 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24311E65446870*1361236610*CP20241 106E654468700-1649329251\ C24311E65446870 CP20241106E654468700-1 |
| 11/08 | 2,766.99 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24311E65446880*1361236610*CP20241 106E654468800-1649329251\ C24311E65446880 CP20241106E654468800-1 |
| 11/08 | 144.50 | AETNA AS01/HCCLAIMPMT TRN*1*824310000218114*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/08 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24311E65446890*1361236610*CP20241 106E654468900-1649329251\ C24311E65446890 CP20241106E654468900-1 |
| 11/12 | 3,200.90 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/12 | 1,741.50 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |





*The newest ideas in banking from one of the oldest banks in Illinois!*

# American Commercial Bank and Trust

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First National
Bank of Ottawa
www.FirstOttawa.com

Morris National
Bank & Trust
www.MorrisNationalBank.com

Streator National
Bank
www.StreatorNationalBank.com

Yorkville National
Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|---------------------|
| 11/12 | 323.86 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/12 | 240.00 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/12 | 12,134.83 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24312E65577840*1361236610*CP20241 107E655778400-1649329251\ C24312E65577840 CP20241107E655778400-1 |
| 11/12 | 6,108.04 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002352*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/12 | 5,339.40 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24312E65577850*1361236610*CP20241 107E655778500-1649329251\ C24312E65577850 CP20241107E655778500-1 |
| 11/12 | 145.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24312E65577870*1361236610*CP20241 107E655778700-1649329251\ C24312E65577870 CP20241107E655778700-1 |
| 11/12 | 119.09 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24312E65577860*1361236610*CP20241 107E655778600-1649329251\ C24312E65577860 CP20241107E655778600-1 |
| 11/12 | 696.25 | REMOTE DEPOSIT |
| 11/13 | 12,180.99 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/13 | 562.66 | BBPCOBRAPAYMENT/Better Bus BBPAdmin COBRA Premium\ MiraCareNe MiraCare Neuro Behavio |
| 11/13 | 16,176.85 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24316E65911370*1361236610*CP20241 111E659113700-1649329251\ C24316E65911370 CP20241111E659113700-1 |
| 11/13 | 4,563.85 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24313E65731540*1361236610*CP20241 108E657315400-1649329251\ C24313E65731540 CP20241108E657315400-1 |
| 11/13 | 4,404.00 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24316E65911380*1361236610*CP20241 111E659113800-1649329251\ C24316E65911380 CP20241111E659113800-1 |
| 11/13 | 927.00 | AETNA AS01/HCCLAIMPMT TRN*1*824312000138198*1066033492\ |



*The newest ideas in banking from one of the oldest banks in Illinois!*



American Commercial Bank and Trust

Case 24-13266    Doc 92-1    Filed 01/08/25    Entered 01/08/25 10:06:39    Desc Bank
Statements    Page 5 of 20

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

The First Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

Return Service Requested

Page        5 of 15
Account:        ***4092
Date:        11/29/2024

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|----------------------|
| | | 1649329251 HIGGINS AND ASSOCIATES |
| 11/13 | 211.32 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24316E65911390*1361236610*CP20241111E659113900-1649329251\ C24316E65911390 CP20241111E659113900-1 |
| 11/13 | 196.76 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24313E65731550*1361236610*CP20241108E657315500-1649329251\ C24313E65731550 CP20241108E657315500-1 |
| 11/13 | 157.29 | AETNA A04/HCCLAIMPMT TRN*1*824312000138190*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/13 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24316E65911400*1361236610*CP20241111E659114000-1649329251\ C24316E65911400 CP20241111E659114000-1 |
| 11/13 | 111.57 | AETNA AS01/HCCLAIMPMT TRN*1*882431101074466*1066033492\ 1174698138 Higgins and Associates |
| 11/14 | 5,440.81 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/14 | 13,189.57 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24317E66068470*1361236610*CP20241112E660684700-1649329251\ C24317E66068470 CP20241112E660684700-1 |
| 11/14 | 7,418.22 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24317E66068480*1361236610*CP20241112E660684800-1649329251\ C24317E66068480 CP20241112E660684800-1 |
| 11/14 | 127.28 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24317E66068490*1361236610*CP20241112E660684900-1649329251\ C24317E66068490 CP20241112E660684900-1 |
| 11/14 | 127.28 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24317E66068510*1361236610*CP20241112E660685100-1649329251\ C24317E66068510 CP20241112E660685100-1 |
| 11/14 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24317E66068500*1361236610*CP20241112E660685000-1649329251\ C24317E66068500 CP20241112E660685000-1 |
| 11/14 | 31.82 | AETNA A04/HCCLAIMPMT TRN*1*824315000007925*1066033492\ |



*The newest ideas in banking from one of the oldest banks in Illinois!*



**American Commercial Bank and Trust**

Case 24-13266   Doc 92-1   Filed 01/08/25   Entered 01/08/25 10:06:39   Desc Bank
Statements   Page 6 of 20

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First Bank of Ottawa
www.FirstOttawa.com

Streator National Bank
www.StreatorNationalBank.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

Page        6 of 15
Account:        ***4092
Date:        11/29/2024

## Deposits & Credits

| Date | Amount | Activity Description |
|---|---|---|
| | | 1649329251 HIGGINS AND ASSOCIATES |
| 11/15 | 1,913.05 | EASYPAY/INSTFUNDIN 896245776886 |
| | | MIRACARE NEURO BEHAVIO |
| 11/15 | 14,023.87 | BCBS ILLINOIS/HCCLAIMPMT |
| | | TRN*1*C24318E66209160*1361236610*CP20241 |
| | | 113E662091600-1649329251\ |
| | | C24318E66209160 CP20241113E662091600-1 |
| 11/15 | 2,590.18 | BCBS ILLINOIS/HCCLAIMPMT |
| | | TRN*1*C24318E66209170*1361236610*CP20241 |
| | | 113E662091700-1649329251\ |
| | | C24318E66209170 CP20241113E662091700-1 |
| 11/15 | 278.81 | AETNA AS01/HCCLAIMPMT |
| | | TRN*1*882431601042811*1066033492\ |
| | | 1649329251 Higgins and Associates |
| 11/15 | 200.23 | BCBS ILLINOIS/HCCLAIMPMT |
| | | TRN*1*C24318E66209180*1361236610*CP20241 |
| | | 113E662091800-1649329251\ |
| | | C24318E66209180 CP20241113E662091800-1 |
| 11/15 | 156.21 | HUMANA GOVT BUSI/HCCLAIMPMT |
| | | TRN*1*2237551650*1611241225*WPSEAST \ |
| | | *****51650 PALOS BEHAVIORAL HEALT |
| 11/18 | 2,531.97 | EASYPAY/INSTFUNDIN 896245776886 |
| | | MIRACARE NEURO BEHAVIO |
| 11/18 | 719.22 | EASYPAY/INSTFUNDIN 896245776886 |
| | | MIRACARE NEURO BEHAVIO |
| 11/18 | 265.00 | EASYPAY/INSTFUNDIN 896245776886 |
| | | MIRACARE NEURO BEHAVIO |
| 11/18 | 8,301.10 | BCBS ILLINOIS/HCCLAIMPMT |
| | | TRN*1*C24319E66344300*1361236610*CP20241 |
| | | 114E663443000-1649329251\ |
| | | C24319E66344300 CP20241114E663443000-1 |
| 11/18 | 5,300.79 | OSFSOUTHWESTHMO/HCCLAIMPMT |
| | | TRN*1*10002424*1363425830\ MIRACARE |
| | | NEURO BEHAVIO |
| 11/18 | 568.73 | OSFSOUTHWESTHMO/HCCLAIMPMT |
| | | TRN*1*10002425*1363425830\ MIRACARE |
| | | NEURO BEHAVIO |
| 11/18 | 496.62 | BCBS ILLINOIS/HCCLAIMPMT |
| | | TRN*1*C24319E66344330*1361236610*CP20241 |
| | | 114E663443300-1649329251\ |
| | | C24319E66344330 CP20241114E663443300-1 |
| 11/18 | 309.71 | BCBS ILLINOIS/HCCLAIMPMT |
| | | TRN*1*C24319E66344310*1361236610*CP20241 |



Backed by the full faith and credit of the United States government
FDIC
Each depositor insured to at least $250,000
Federal Deposit Insurance Corporation www.fdic.gov

*The newest ideas in banking from one of the oldest banks in Illinois!*



EQUAL HOUSING LENDER

# American Commercial Bank and Trust

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First Bank of Ottawa
www.FirstOttawa.com

Morris Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

Page        7 of 15
Account:        ***4092
Date:        11/29/2024

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|----------------------|
|       |        | 114E663443100-1649329251\ |
|       |        | C24319E66344310 CP20241114E663443100-1 |
| 11/18 | 119.09 | BCBS ILLINOIS/HCCLAIMPMT |
|       |        | TRN*1*C24319E66344320*1361236610*CP20241 |
|       |        | 114E663443200-1649329251\ |
|       |        | C24319E66344320 CP20241114E663443200-1 |
| 11/18 | 15.91 | AETNA A04/HCCLAIMPMT |
|       |        | TRN*1*824318000154622*1066033492\ |
|       |        | 1649329251 HIGGINS AND ASSOCIATES |
| 11/19 | 1,859.61 | EASYPAY/INSTFUNDIN 896245776886 |
|       |        | MIRACARE NEURO BEHAVIO |
| 11/19 | 15,118.90 | BCBS ILLINOIS/HCCLAIMPMT |
|       |        | TRN*1*C24320E66499280*1361236610*CP20241 |
|       |        | 115E664992800-1649329251\ |
|       |        | C24320E66499280 CP20241115E664992800-1 |
| 11/19 | 3,418.85 | BCBS ILLINOIS/HCCLAIMPMT |
|       |        | TRN*1*C24320E66499290*1361236610*CP20241 |
|       |        | 115E664992900-1649329251\ |
|       |        | C24320E66499290 CP20241115E664992900-1 |
| 11/19 | 1,154.02 | AETNA AS01/HCCLAIMPMT |
|       |        | TRN*1*824319000051613*1066033492\ |
|       |        | 1649329251 HIGGINS AND ASSOCIATES |
| 11/19 | 583.15 | AETNA AS01/HCCLAIMPMT |
|       |        | TRN*1*882431801028356*1066033492\ |
|       |        | 1649329251 Higgins and Associates |
| 11/19 | 240.04 | BCBS ILLINOIS/HCCLAIMPMT |
|       |        | TRN*1*C24320E66499300*1361236610*CP20241 |
|       |        | 115E664993000-1649329251\ |
|       |        | C24320E66499300 CP20241115E664993000-1 |
| 11/19 | 201.52 | BCBS ILLINOIS/HCCLAIMPMT |
|       |        | TRN*1*C24320E66499310*1361236610*CP20241 |
|       |        | 115E664993100-1649329251\ |
|       |        | C24320E66499310 CP20241115E664993100-1 |
| 11/19 | 164.58 | AETNA A04/HCCLAIMPMT |
|       |        | TRN*1*824319000051608*1066033492\ |
|       |        | 1649329251 HIGGINS AND ASSOCIATES |
| 11/20 | 1,993.33 | EASYPAY/INSTFUNDIN 896245776886 |
|       |        | MIRACARE NEURO BEHAVIO |
| 11/20 | 10,441.59 | BCBS ILLINOIS/HCCLAIMPMT |
|       |        | TRN*1*C24323E66678530*1361236610*CP20241 |
|       |        | 118E666785300-1649329251\ |
|       |        | C24323E66678530 CP20241118E666785300-1 |
| 11/20 | 1,051.13 | BCBS ILLINOIS/HCCLAIMPMT |



*The newest ideas in banking from one of the oldest banks in Illinois!*



# American Commercial Bank and Trust

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First
**Bank of Ottawa**
www.FirstOttawa.com

Morris
**National Bank**
www.MorrisNationalBank.com

Streator
National
Bank
www.StreatorNationalBank.com

Yorkville
National
Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

|  |  |
|---|---|
| Page | 8 of 15 |
| Account: | ***4092 |
| Date: | 11/29/2024 |

## Deposits & Credits

| Date | Amount | Activity Description |
|---|---|---|
|  |  | TRN*1*C24323E66678540*1361236610*CP20241118E666785400-1649329251\ C24323E66678540 CP20241118E666785400-1 |
| 11/20 | 76.81 | AETNA AS01/HCCLAIMPMT TRN*1*882431901083964\1066033492\ 1649329251 Higgins and Associates |
| 11/21 | 1,583.31 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/21 | 8,845.20 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24324E66835320*1361236610*CP20241119E668353200-1649329251\ C24324E66835320 CP20241119E668353200-1 |
| 11/21 | 1,826.38 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24324E66835330*1361236610*CP20241119E668353300-1649329251\ C24324E66835330 CP20241119E668353300-1 |
| 11/21 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24324E66835340*1361236610*CP20241119E668353400-1649329251\ C24324E66835340 CP20241119E668353400-1 |
| 11/22 | 1,562.13 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/22 | 12,786.36 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24325E66979490*1361236610*CP20241120E669794900-1649329251\ C24325E66979490 CP20241120E669794900-1 |
| 11/22 | 5,012.45 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24325E66979500*1361236610*CP20241120E669795000-1649329251\ C24325E66979500 CP20241120E669795000-1 |
| 11/22 | 82.76 | AETNA AS01/HCCLAIMPMT TRN*1*824324000057506*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/25 | 2,334.48 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/25 | 871.99 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/25 | 397.71 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/25 | 15,422.59 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24326E67121210*1361236610*CP20241121E671212100-1649329251\ C24326E67121210 CP20241121E671212100-1 |



*The newest ideas in banking from one of the oldest banks in Illinois!*



**American Commercial Bank and Trust**

Case 24-13266  Doc 92-1  Filed 01/08/25  Entered 01/08/25 10:06:39  Desc Bank
Statements  Page 9 of 20

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

The First Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

**Return Service Requested**

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|----------------------|
| 11/25 | 7,082.73 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24326E67121220*1361236610*CP20241 121E671212200-1649329251\ C24326E67121220 CP20241121E671212200-1 |
| 11/25 | 3,843.82 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002494*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/25 | 170.16 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002495*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/25 | 145.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24326E67121250*1361236610*CP20241 121E671212500-1649329251\ C24326E67121250 CP20241121E671212500-1 |
| 11/25 | 127.28 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24326E67121240*1361236610*CP20241 121E671212400-1649329251\ C24326E67121240 CP20241121E671212400-1 |
| 11/25 | 119.09 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24326E67121230*1361236610*CP20241 121E671212300-1649329251\ C24326E67121230 CP20241121E671212300-1 |
| 11/25 | 712.92 | REMOTE DEPOSIT |
| 11/26 | 119.00 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/26 | 15,629.21 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24327E67277290*1361236610*CP20241 122E672772900-1649329251\ C24327E67277290 CP20241122E672772900-1 |
| 11/26 | 2,809.51 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24327E67277300*1361236610*CP20241 122E672773000-1649329251\ C24327E67277300 CP20241122E672773000-1 |
| 11/26 | 248.04 | AETNA AS01/HCCLAIMPMT TRN*1*824326000056911*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |
| 11/26 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24327E67277310*1361236610*CP20241 122E672773100-1649329251\ C24327E67277310 CP20241122E672773100-1 |
| 11/26 | 75.00 | AETNA A04/HCCLAIMPMT TRN*1*824326000056910*1066033492\ 1649329251 HIGGINS AND ASSOCIATES |


FDIC
Each depositor insured to at least $250,000
Federal Deposit Insurance Corporation www.fdic.gov

*The newest ideas in banking from one of the oldest banks in Illinois!*


EQUAL HOUSING LENDER

**American Commercial Bank and Trust**

Case 24-13266   Doc 92-1   Filed 01/08/25   Entered 01/08/25 10:06:39   Desc Bank Statements   Page 10 of 20

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

Return Service Requested

The First Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|---------------------|
| 11/27 | 12,814.93 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/27 | 8,854.78 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24330E67453470*1361236610*CP20241 125E674534700-1649329251\ C24330E67453470 CP20241125E674534700-1 |
| 11/27 | 4,496.85 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24330E67453480*1361236610*CP20241 125E674534800-1649329251\ C24330E67453480 CP20241125E674534800-1 |
| 11/27 | 137.20 | AETNA AS01/HCCLAIMPMT TRN*1*882432701077489*1066033492\ 1649329251 Higgins and Associates |
| 11/27 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24330E67453490*1361236610*CP20241 125E674534900-1649329251\ C24330E67453490 CP20241125E674534900-1 |
| 11/27 | 76.81 | AETNA AS01/HCCLAIMPMT TRN*1*882432601077964*1066033492\ 1649329251 Higgins and Associates |
| 11/29 | 2,790.56 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/29 | 915.40 | EASYPAY/INSTFUNDIN 896245776886 MIRACARE NEURO BEHAVIO |
| 11/29 | 19,140.57 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24331E67609140*1361236610*CP20241 126E676091400-1649329251\ C24331E67609140 CP20241126E676091400-1 |
| 11/29 | 8,636.49 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24331E67609150*1361236610*CP20241 126E676091500-1649329251\ C24331E67609150 CP20241126E676091500-1 |
| 11/29 | 6,183.37 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002576*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/29 | 200.32 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24331E67609190*1361236610*CP20241 126E676091900-1649329251\ C24331E67609190 CP20241126E676091900-1 |
| 11/29 | 185.16 | OSFSOUTHWESTHMO/HCCLAIMPMT TRN*1*10002577*1363425830\ MIRACARE NEURO BEHAVIO |
| 11/29 | 127.28 | BCBS ILLINOIS/HCCLAIMPMT |





*The newest ideas in banking from one of the oldest banks in Illinois!*

# American Commercial Bank and Trust

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**Return Service Requested**

The First National Bank of Ottawa
www.FirstOttawa.com

Morris National Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

## Deposits & Credits

| Date | Amount | Activity Description |
|------|--------|----------------------|
|  |  | TRN*1*C24331E67609160*1361236610*CP20241 126E676091600-1649329251\ C24331E67609160 CP20241126E676091600-1 |
| 11/29 | 127.28 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24331E67609180*1361236610*CP20241 126E676091800-1649329251\ C24331E67609180 CP20241126E676091800-1 |
| 11/29 | 120.02 | BCBS ILLINOIS/HCCLAIMPMT TRN*1*C24331E67609170*1361236610*CP20241 126E676091700-1649329251\ C24331E67609170 CP20241126E676091700-1 |

## Checks Paid

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 11/14 | 14840 | 796.60 | 11/12 | 15234 | 47.57 | 11/12 | 15242 | 396.66 |
| 11/19 | 14841 | 682.00 | 11/12 | 15235 | 39.13 | 11/19 | 15243 | 5,000.00 |
| 11/12 | 15203 * | 3,000.00 | 11/12 | 15236 | 56.90 | 11/21 | 15244 | 19,500.00 |
| 11/05 | 15214 * | 905.97 | 11/12 | 15238 * | 304.81 | 11/14 | 15248 * | 3,190.85 |
| 11/01 | 15231 * | 227.72 | 11/01 | 15239 | 13,000.00 | 11/19 | 15249 | 227.00 |
| 11/12 | 15232 | 226.08 | 11/14 | 15240 | 440.00 |  |  |  |
| 11/12 | 15233 | 247.28 | 11/08 | 15241 | 280.00 |  |  |  |

* indicates a break in check number sequence

## Miscellaneous Debits & Credits

| Date | Activity Description | Deposits | Withdrawals |
|------|----------------------|----------|-------------|
| 11/01 | 134979 HIGGINS &/TRUST 134979 HIGGINS & ASSOCIATES |  | 311.29 |
| 11/01 | 134979 HIGGINS &/TRUST 134979 HIGGINS & ASSOCIATES |  | 420.97 |
| 11/01 | 134979 HIGGINS &/TRUST 134979 HIGGINS & ASSOCIATES |  | 512.50 |
| 11/01 | PAYLOCITY CORPOR/TAX COL HIGGINS & ASSOCIATES |  | 817.74 |
| 11/01 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS & ASSOCIATES |  | 4,187.95 |
| 11/01 | PAYLOCITY CORPOR/TAX COL HIGGINS & ASSOCIATES |  | 19,553.18 |
| 11/01 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS & ASSOCIATES |  | 26,243.71 |
| 11/01 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS & ASSOCIATES |  | 42,417.01 |
| 11/01 | BKCD PROCESSING/SETTLEMENT |  | 26.20 |



*The newest ideas in banking from one of the oldest banks in Illinois!*



**American Commercial Bank and Trust**
4733 Main Street
Lisle, IL 60532
www.ACBandT.com

The First Bank of Ottawa
www.FirstOttawa.com

Morris Bank & Trust
www.MorrisNationalBank.com

Streator National Bank
www.StreatorNationalBank.com

Yorkville National Bank & Trust
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

**Return Service Requested**

Page       12 of 15
Account:      ***4092
Date:      11/29/2024

## Miscellaneous Debits & Credits

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| | 115800001190495 PALOS BEHAVIORAL HEALT | | |
| 11/01 | Qualifacts Syste/VSP*Qualif 14036547 | | 4,227.52 |
| | MiraCare Neuro Behavio | | |
| 11/04 | Transfer to Mira Medical 6699 | | 30,417.00 |
| 11/04 | KEY MERCHANT SVS/DEPOSIT 896245776886 | | 2,522.39 |
| | MIRACARE NEURO BEHAVIO | | |
| 11/05 | PAYLOCITY CORPOR/TAX COL HIGGINS & | | 8,229.08 |
| | ASSOCIATES | | |
| 11/05 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS | | 32,663.62 |
| | & ASSOCIATES | | |
| 11/08 | COMCAST 8771401/640137295 5240769 | | 700.11 |
| | MIRACARE NEURO BEHAVIO | | |
| 11/08 | PLIC-SBD/INSUR CLM PACT#238481364 PBHP | | 4,869.04 |
| 11/12 | COMCAST 8771401/810838490 5940280 MIRA | | 269.53 |
| | *CARE | | |
| 11/14 | AMTRUST NA/PAYMENT 39044417 MIRACARE | | 217.60 |
| | NEURO BEHAVIO | | |
| 11/14 | ComEd/PAYMENTS 2736272222 MiraCare | | 79.54 |
| | Neuro Behav | | |
| 11/15 | Transfer to DDA 6699 | | 29,000.00 |
| 11/15 | 134979 HIGGINS &/TRUST 134979 HIGGINS & | | 216.46 |
| | ASSOCIATES | | |
| 11/15 | 134979 HIGGINS &/TRUST 134979 HIGGINS & | | 512.50 |
| | ASSOCIATES | | |
| 11/15 | 134979 HIGGINS &/TRUST 134979 HIGGINS & | | 644.91 |
| | ASSOCIATES | | |
| 11/15 | ASCENSUS TRUST/RET PLAN | | 3,500.00 |
| 11/15 | PAYLOCITY CORPOR/TAX COL HIGGINS & | | 24,153.22 |
| | ASSOCIATES | | |
| 11/15 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS | | 36,278.84 |
| | & ASSOCIATES | | |
| 11/15 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS | | 44,178.87 |
| | & ASSOCIATES | | |
| 11/19 | ComEd/PAYMENTS 5327933333 MiraCare | | 169.87 |
| | Neuro Behav | | |
| 11/19 | PAYLOCITY CORPOR/TAX COL HIGGINS & | | 5,991.32 |
| | ASSOCIATES | | |
| 11/19 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS | | 17,288.98 |
| | & ASSOCIATES | | |
| 11/20 | COMCAST 8771201/580308892 9530909 | | 438.65 |
| | MIRACARE *NEURO BEHAVI | | |
| 11/20 | 134979 HIGGINS &/BILLING INV2423891 | | 1,280.55 |
| | 134979 HIGGINS & ASSOCIATES | | |



*The newest ideas in banking from one of the oldest banks in Illinois!*



**American Commercial Bank and Trust**

4733 Main Street
Lisle, IL 60532
www.ACBandT.com

**The First** National **Bank of Ottawa**
www.FirstOttawa.com

**Morris** National **Bank & Trust**
www.MorrisNationalBank.com

**Streator National Bank**
www.StreatorNationalBank.com

**Yorkville National Bank & Trust**
www.YorkvilleNationalBank.com

Customer Service: 815.434.0044
24 Hour FirstPhone: 866.434.0044

**Return Service Requested**

Page      13 of 15
Account:        ***4092
Date:           11/29/2024

## Miscellaneous Debits & Credits

| Date | Activity Description | Deposits | Withdrawals |
|------|----------------------|----------|-------------|
| 11/20 | ASCENSUS TRUST/RET PLAN | | 1,754.89 |
| 11/21 | PAYLOCITY CORPOR/TAX COL HIGGINS & ASSOCIATES | | 120.79 |
| 11/21 | 134979 HIGGINS &/DIR DEP 134979 HIGGINS & ASSOCIATES | | 552.02 |
| 11/25 | Transfer to Mira Medical | | 450.00 |
| 11/25 | AUTO OWNERS INS/WEB PAY 25023738 MIRACARE NEURO BEHAVIO | | 326.00 |
| 11/25 | COMCAST 8771201/470380043 1323525 MIRACARE NEURO BEHAVIO | | 741.97 |
| 11/25 | AUTO OWNERS INS/WEB PAY 25023781 MIRACARE NEURO BEHAVIO | | 775.62 |
| 11/25 | MIRACARE PC/MONTHLY PA 1367397534 MIRACARE PC | | 18,615.41 |
| 11/26 | MIRACARE PC/ANDROMEDA 1367397534 MIRACARE PC | | 3,623.55 |
| 11/27 | transfer to 4086 Ln pyment 60001 | | 1,743.64 |
| 11/27 | Transfer to DDA 4089 Ln Pyment due | | 2,188.82 |

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 75,649.75 | 11/13 | 143,343.49 | 11/22 | 79,495.66 |
| 11/04 | 69,335.05 | 11/14 | 165,073.90 | 11/25 | 89,814.45 |
| 11/05 | 37,436.25 | 11/15 | 45,751.45 | 11/26 | 105,191.68 |
| 11/06 | 63,259.63 | 11/18 | 64,379.59 | 11/27 | 127,759.81 |
| 11/07 | 68,543.73 | 11/19 | 57,761.09 | 11/29 | 166,186.26 |
| 11/08 | 78,270.25 | 11/20 | 67,849.86 | | |
| 11/12 | 103,731.18 | 11/21 | 60,051.96 | | |

Privacy Notice - Federal Law requires us to tell you how we collect, share and protect your personal information. Our Privacy Policy has not changed. You may review our policy and practices on your personal information at http://firstottawa.com/privacypolicy.pdf, or we will mail you a copy upon request if you call us at 866-434-0044, option 0.



Each depositor insured to at least $250,000
**FDIC**
Federal Deposit Insurance Corporation
www.fdic.gov

*The newest ideas in banking from one of the oldest banks in Illinois!*



EQUAL HOUSING LENDER



**11/14/2024    14840    $796.60**



**11/12/2024    15232    $226.08**



**11/19/2024    14841    $682.00**



**11/12/2024    15233    $247.28**



**11/12/2024    15203    $3,000.00**



**11/12/2024    15234    $47.57**




**11/05/2024    15214    $905.97**



**11/12/2024    15235    $39.13**

**11/01/2024    15231    $227.72**



**11/12/2024    15236    $56.90**



**11/12/2024   15238   $304.81**



**11/19/2024   15243   $5,000.00**



**11/01/2024   15239   $13,000.00**



**11/21/2024   15244   $19,500.00**



**11/14/2024   15240   $440.00**



**11/14/2024   15248   $3,190.85**



**11/08/2024   15241   $280.00**



**11/19/2024   15249   $227.00**



**11/12/2024   15242   $396.66**

### ERROR RESOLUTION

In case of errors or questions about your electronic transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, telephone First National Bank of Ottawa at 815-434-0044 or American Commercial Bank & Trust at 630-536-0600 as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is in error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (5 business days for VISA@Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING
(Not Shown on Statement)

Month _____ . 20 _____

| NUMBER | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period Shown by this Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD - Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT -   Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS, THE ACCOUNT WILL BE CONSIDERED CORRECT.

IMPORTANT INFORMATION FOR HOME EQUITY LINE OF CREDIT & READY RESERVE ACCOUNT
(FIRST EQUI-LINE)

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

The First National Bank of Ottawa    American Commercial Bank & Trust
701 LaSalle St.    4733 Main St.
Ottawa, IL 61350    Lisle, IL 60532

In your letter, give us the following information:

- Account information:  Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in questions. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles or your current mailing address, and the purchase price must have been more than $50. (note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).

2. You must have used your credit card for the purchase.  Purchases made with cash advances from an ATM or with a check that assesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

The First National Bank of Ottawa
701 LaSalle St.
Ottawa, IL 61350

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent

We figure a portion of the finance charge on your account by applying the periodic rate to the "average daily balance" of your account including current transactions. To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases/loans, and subtract any payments or credits, and unpaid finance charges. This gives us the daily balance; Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."

# OLD NATIONAL BANK

**P. O. Box 718**
**Evansville, IN 47705**

| | |
|---|---|
| | **SMALL BUSINESS CHECKING** |

### ACCOUNT INFORMATION

| | |
|---|---|
| **DATE** | **11/30/2024** |
| **ACCOUNT NUMBER** | **XXXXXX5000** |

00017441 FP264311302422210900 06 000000000 0163400 004

MIRACARE NEURO BEHAVIORAL HEALTH PC
DBA PALOS BEHAVIORAL HEALTH
PROFESSIONALS
11800 S 75TH AVE STE 300
PALOS HEIGHTS IL 60463-1064

PAGE 1 OF 3

### CLIENT CARE CONTACT INFORMATION

 **Client Care:** 800-731-2265

 **Visit us Online:** www.oldnational.com

**Written Inquiries:** P. O. Box 419
Evansville, IN 47703

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | 10/31/2024 | $629.18 |
| Deposits/Credits | 23 | $17,392.01 |
| Withdrawals/Debits | 13 | -$9,984.15 |
| Total Service Charges | | $0.00 |
| Interest Paid | | $0.00 |
| Current Statement Balance | 11/30/2024 | $8,037.04 |

### DEPOSITS AND OTHER CREDITS

| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
|---|---|---|---|
| 11/01 | 1306 | UNITEDHEALTHCARE HCCLAIMPMT HIGGINS AND ASSOCIATES | $383.10 |
| 11/04 | 1309 | NGS, INC.       HCCLAIMPMT HIGGINS AND ASSOCIATES | $122.90 |
| 11/05 | 1310 | NGS, INC.       HCCLAIMPMT HIGGINS AND ASSOCIATES | $122.90 |
| 11/05 | 1310 | UNITEDHEALTHCARE HCCLAIMPMT HIGGINS AND ASSOCIATES | $53.15 |
| 11/06 | 1311 | NGS, INC.       HCCLAIMPMT HIGGINS AND ASSOCIATES | $245.80 |
| 11/07 | 1312 | UnitedHealthcare HCCLAIMPMT HIGGINS AND ASSOCIATES | $100.00 |
| 11/08 | 1313 | UNITEDHEALTHCARE HCCLAIMPMT HIGGINS AND ASSOCIATES | $297.82 |
| 11/08 | 1313 | UMR          HCCLAIMPMT HIGGINS AND ASSOCIATES | $69.97 |
| 11/12 | 1200000 | DEPOSIT | $8,726.84 |
| 11/13 | 1318 | UnitedHealthcare HCCLAIMPMT HIGGINS AND ASSOCIATES | $64.35 |



00017441 0692252 0001-0003 FP264311302422210900 06  L  00163400

Checkbook balance on line A should agree with line B.

**If your adjusted checkbook and bank statement balance do not agree:**

1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

| | |
|---|---|
| Enter your checkbook balance | |
| **Add** Interest credited and other deposits shown on this statement, but not previously entered in your checkbook | |
| Subtotal | |
| **Subtract** service charge and other deductions shown on this statement, but not previously entered in your checkbook | |
| Subtotal | |
| **A** Adjusted checkbook balance | |
| Enter the current balance from this statement | |
| **Add** deposits entered in your checkbook, but not shown on this statement | |
| Subtotal | |

| | Check No. | Amount |
|---|---|---|
| **Subtract** checks and withdrawals entered in your checkbook, but not shown on this statement | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal | | |
| **B** Adjusted statement balance | | |

**How Finance Charge is Calculated**

If this statement includes billing information regarding a personal line of credit for consumer use, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. If your line of credit has a variable rate feature, the rate used to calculate your finance charge may vary as described in the disclosure provided to you initially. Payments received during regular hours on business days at all of our full-service offices will be credited on the same business day. Payments received at other locations or after regular business hours will be credited on the next business day.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a summary of Your Billing Rights)**

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at P.O. Box 419, Evansville, IN 47703. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. However, charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount. We can apply any unpaid amount against your credit limit.

If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers**

Please call 1-800-731-2265 or write us at P.O. Box 419, Evansville, IN 47703 as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error and transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us verbally, we may request that you send us your complaint or question in writing within 10 business days. We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for new account transactions) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account. Our investigation will take no longer than 45 business days to complete (90 days for point-of-sale, foreign debit card or new account transactions.)

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**In Case of Irregularities Identified on This Statement**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. We will not be liable for any error, any check that is altered or counterfeit, any signature that is forged or unauthorized transaction unless you notify us in writing within thirty (30) calendar days after we make the statement available to you. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you timely notify us in writing.

# ■ OLD NATIONAL BANK

**SMALL BUSINESS CHECKING**

P. O. Box 718
Evansville, IN 47705

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **11/30/2024** |
| **ACCOUNT NUMBER** | **XXXXXX5000** |

PAGE 2 OF 3

| DEPOSITS AND OTHER CREDITS (continued) | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 11/13 | 1318 | UNITEDHEALTHCARE HCCLAIMPMT | $53.15 |
| | | HIGGINS AND ASSOCIATES | |
| 11/14 | 1319 | NGS, INC.        HCCLAIMPMT | $245.80 |
| | | HIGGINS AND ASSOCIATES | |
| 11/15 | 1320 | UNITEDHEALTHCARE HCCLAIMPMT | $481.07 |
| | | HIGGINS AND ASSOCIATES | |
| 11/18 | 1323 | UMR          HCCLAIMPMT | $56.12 |
| | | HIGGINS AND ASSOCIATES | |
| 11/20 | 2000000 | DEPOSIT | $4,770.03 |
| 11/20 | 1325 | UnitedHealthcare HCCLAIMPMT | $194.94 |
| | | HIGGINS AND ASSOCIATES | |
| 11/20 | 1325 | NGS, INC.        HCCLAIMPMT | $122.90 |
| | | HIGGINS AND ASSOCIATES | |
| 11/20 | 1325 | UNITEDHEALTHCARE HCCLAIMPMT | $53.15 |
| | | HIGGINS AND ASSOCIATES | |
| 11/21 | 1326 | UnitedHealthcare HCCLAIMPMT | $64.35 |
| | | HIGGINS AND ASSOCIATES | |
| 11/22 | 1327 | UNITEDHEALTHCARE HCCLAIMPMT | $662.07 |
| | | HIGGINS AND ASSOCIATES | |
| 11/27 | 1332 | NGS, INC.        HCCLAIMPMT | $368.70 |
| | | HIGGINS AND ASSOCIATES | |
| 11/29 | 1334 | NGS, INC.        HCCLAIMPMT | $122.90 |
| | | HIGGINS AND ASSOCIATES | |
| 11/29 | 1334 | UnitedHealthcare HCCLAIMPMT | $10.00 |
| | | HIGGINS AND ASSOCIATES | |

| WITHDRAWALS AND OTHER DEBITS | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 11/05 | 74 | INT TXFR TO DD XXXXXXXX6005 | -$1,000.00 |
| 11/05 | 74 | CRD PUR 196574 0480 | -$5.00 |
| | | CVSExtraCa 655000 | |
| | | 800-7467287 RI 1 CVS DR | |
| 11/12 | 1200000 | DEPOSIT ADJUSTMENT | -$0.80 |
| 11/12 | 75 | INT TXFR TO DD XXXXXXXX6005 | -$1,000.00 |
| 11/13 | 82 | INT TXFR TO DD XXXXXXXX6005 | -$1,310.89 |
| 11/15 | 219 | MONTHLY SERVICE CHARGE | -$149.95 |
| | | OCTOBER 2024 | |

# OLD NATIONAL BANK

**P. O. Box 718**
**Evansville, IN 47705**

SMALL BUSINESS CHECKING

### ACCOUNT INFORMATION

| DATE | 11/30/2024 |
|---|---|
| ACCOUNT NUMBER | XXXXXX5000 |

PAGE 3 OF 3

## WITHDRAWALS AND OTHER DEBITS (continued)

| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
|---|---|---|---|
| 11/19 | 73 | CRD PUR 012012 1094 | -$225.78 |
| | | IL *LEMONT 655000 | |
| | | 630-257-1550 IL 418 Main Stree | |
| 11/20 | 78 | INT TXFR TO DD XXXXXXXX6005 | -$4,510.77 |
| 11/20 | 78 | CRD PUR 505679 1094 | -$265.84 |
| | | AWL*PEARSO 655000 | |
| | | PRSONCS.COM NJ 1 Lake Street | |
| 11/22 | 1327 | Nicor Gas     GAS PAYMNT | -$72.07 |
| | | Palos Behavioral Healt | |
| 11/26 | 78 | CRD PUR 981569 1094 | -$131.90 |
| | | WESTERN PS 655000 | |
| | | TORRANCE CA 625 ALASKA AVE | |
| 11/27 | 77 | CRD PUR 034067 1094 | -$608.15 |
| | | COMED PAYM 655000 | |
| | | 8003347661 IL 10 S DEARBORN ST | |
| 11/29 | 1334 | CHASE CREDIT CRD AUTOPAY | -$703.00 |
| | | HIGGINS CHRIS | |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | $629.18 | 11/01 | $1,012.28 | 11/04 | $1,135.18 |
| 11/05 | $306.23 | 11/06 | $552.03 | 11/07 | $652.03 |
| 11/08 | $1,019.82 | 11/12 | $8,745.86 | 11/13 | $7,552.47 |
| 11/14 | $7,798.27 | 11/15 | $8,129.39 | 11/18 | $8,185.51 |
| 11/19 | $7,959.73 | 11/20 | $8,324.14 | 11/21 | $8,388.49 |
| 11/22 | $8,978.49 | 11/26 | $8,846.59 | 11/27 | $8,607.14 |
| 11/29 | $8,037.04 | | | | |